# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02439-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

RICHARD S. JONES,

    Plaintiff,

v.

JOSEPH WHITE (CPO), Division of Adult Parole,
JENNIFER COVILLO (CPO), Division of Adult Parole,
JOHN SUTHERS, Attorney General, State of Colorado,
JUDGE VALERIA N. SPENCER, 18th Judicial Dist., and
JUDGE MICHAEL J. SPEAR, 18th Judicial Dist.,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff, a Colorado state prisoner, has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ____    is not submitted
(2)    ____    is missing affidavit
(3)    ____    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ____    is missing certificate showing current balance in prison account
(5)    ____    is missing required financial information

(6)    xx    is missing authorization to calculate and disburse filing fee payments
(7)    ___   is missing an original signature by the prisoner
(8)    ___   is not on proper form (must use the court's current form)
(9)    ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)   ___   other: _____.

**Complaint, Petition or Application**:
(11)   ___   is not submitted
(12)   ___   is not on proper form
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ____
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   names in caption do not match names in text
(17)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED September 9, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge